## IN THE WESTERN DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

SCOTTSDALE INSURANCE )
COMPANY, )
                       )
        Plaintiff, )
                       )
vs. )     Case No. 4:21-cv-00725-SRB
                       )
GLORIA LECTICIA AGUIRRE RIVERA, )
Representative of the Estate of decedent )
EBER ABDIEL MEZA AGUIRRE; JOHN )
A. DOES 1-5 and JANE A. DOES 1-5, )
Wrongful Death Beneficiaries of EBER )
ABDIEL MEZA AGUIRRE; SANTIAGO )
A. ODUARDO LOPEZ, Representative of )
the Estate of decedent MARTIN LOPEZ; )
JOHN B. DOES 1-5 and JANE B. DOES )
1-5, Wrongful Death Beneficiaries of )
MARTIN LOPEZ; MERCEDES )
ONTIVEROS, Representative of the Estate )
of decedent ALFREDO CALDERON, JR., )
and as Next Friend of decedent's minor )
children, G.J.C. and A.L.C.; JOHN C. )
DOES 1-5 and JANE C. DOES 1-5, )
Wrongful Death Beneficiaries of decedent )
FRANCISCO GARCIA ANAYA; )
MICHAEL BARAJAS; ANDREA )
DEOSORIO; ALFREDO CALDERON; )
JOHN D. DOES 1-5 AND JANE D. DOES )
1-5; and Dameon Paige, )
                       )
        Defendants. )

## <u>ENTRY OF APPEARANCE</u>

COMES NOW, Joshua D Scott and enters their appearance as lead attorney of record

for the above named Defendant, Mercedes OntiverosRepresentative of the Estate of decedent

ALFREDO CALDERON, JR., and as Next Friend of decedent's minor children, G.J.C., a

minor and A.L.C., a minor.

Sincerely,

Joshua Scott MO #64147
THE LAW OFFICE OF JOSHUA SCOTT, LLC
1100 Main Street, Suite 2600
Kansas City, Missouri 64105
(816) 876-2600
(816) 221-8763 Fax
joshua@joshuascottlaw.com
ATTORNEY FOR DEFENDANT MERCEDES
ONTIVEROS, legal and natural Mother of and next
friend of G.J.C., a minor, And A.L.C., a minor

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of December 2021, I electronically filed the
foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such
filing to counsel of record.

/s/*Joshua Scott*
ATTORNEY FOR DEFENDANT
MERCEDES ONTIVEROS, legal
and natural Mother of and next
friend of G.J.C., a minor, and
A.L.C., a minor